UNITED STATES of America,
Plaintiff–Appellee,

v.

Jay Jesus GARCIA–HERNANDEZ, also known as Jesus Alberto Garcia–Hernandez, Defendant–Appellant.

No. 03–51428.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 19, 2004.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney'S Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jay Jesus Garcia–Hernandez, Beaumont, TX, pro se.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jay Jesus Garcia–Hernandez has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garcia–Hernandez has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.